IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Emily Massey , on behalf
of Rhonda Ware, deceased,                    :
                                             :
       Plaintiff(s),                         :
                                             :      Case Number: 1:15cv744
   vs.                                       :
                                             :      Judge Susan J. Dlott
Commissioner of Social Security,             :
                                             :
       Defendant(s).                         :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 15, 2016 a Report and Recommendation (Doc. 21). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 22) and defendants filed a response to the objections (Doc. 25).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, the decision of the Commissioner is AFFIRMED.  This case is TERMINATED from the docket of this Court.

      IT IS SO ORDERED.

                             ___s/Susan J. Dlott_____
                             Judge Susan J. Dlott
                             United States District Court